8-18-20

2:18-cr-00222-02

Dear Your Honor:

I am writing to request your assistance with obtaining an attorney through the federal public defender's office to assist me with pursuing compassionate release or home confinement based on my three underlying medical conditions that place me at a much higher risk of contracting the COVID-19 virus and suffering irreparable medical damage or loss of life.

COVID-19 has been confirmed in 114 of the 122 facilities in the BOP, yet the BOP is opening the facilities up to accept transfers from other institutions. Your Honor, it's only a matter of time before it reaches here and I am in fear of my life.

Please grant my legal counsel to properly represent my concerns and convey all that is happening that requires your assistance.

Thank you for your consideration and I anxiously await your reply.

Respectfully submitted,

Bree Eberbyl

