IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:18-00222-02

BREE EBERBAUGH

**ORDER**

On August 18, 2020, the court denied defendant's letter form motion for compassionate release. She has filed a motion to appoint counsel to assist her with her efforts. See ECF No. 140. That motion is **DENIED** for the reasons explained in the court's order denying the request for compassionate release.

The Clerk is directed to send a copy of this Order to defendant, counsel of record, and the Probation Office of this court.

It is SO ORDERED this 8th day of April, 2021.

ENTER:

David A. Faber
Senior United States District Judge